BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| GLEN ANTHONY ROE, ) | CIVIL NO.: 2:11-cv-02003-CKD |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 30, 2012, to March 5, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant needs the additional time to further review the file and prepare a response in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                               Respectfully submitted,

Dated: January 27, 2012         /s/ *John V. Johnson*
                                        (As authorized via e-mail on 1/27/12 at 11:23 a.m.)
                                        JOHN V. JOHNSON
                                        Attorney for Plaintiff

Dated: January 27, 2012         BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                              By:    /s/ *Lynn M. Harada*
                                        LYNN M. HARADA
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: January 31, 2012

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE