1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| GLEN ANTHONY ROE, | CIVIL NO.: 2:11-cv-02003-CKD |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 30, 2012, to March 5, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant needs the additional time to further review the file and prepare a response in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                            Respectfully submitted,

Dated: January 27, 2012          /s/ *John V. Johnson*
                                            (As authorized via e-mail on 1/27/12 at 11:23 a.m.)
                                            JOHN V. JOHNSON
                                            Attorney for Plaintiff

Dated: January 27, 2012          BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                By:     */s/ Lynn M. Harada*
                                            LYNN M. HARADA
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant

                                                <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: January 31, 2012

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE