```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    LYNN M. HARADA, CSBN 267616
 4  Special Assistant United States Attorney
 5
         333 Market Street, Suite 1500
 6       San Francisco, California  94105
         Telephone:  (415) 977-8977
 7       Facsimile:  (415) 744-0134
         E-Mail: Lynn.Harada@ssa.gov
 8
 9  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GLEN ANTHONY ROE, ) | CIVIL NO.: 2:11-cv-02003-CKD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from March 5, 2012, to April 4, 2012.  This is Defendant's second request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant needs the additional time to further review the file and prepare a response in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated: March 2, 2012

Respectfully submitted,

/s/ *John V. Johnson*
(As authorized via e-mail on 3/2/12 at 10:41 a.m.)
 JOHN V. JOHNSON
Attorney for Plaintiff

Dated: March 2, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: March 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE