UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ROE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:11-cv-2003 CKD<br><br><br><br>ORDER |

By mandate of the United States Court of Appeals for the Ninth Circuit, filed May 21, 2015, this matter was reversed and remanded. ECF Nos. 30, 31. The appellate court concluded that the ALJ should further develop the record and that plaintiff was entitled to a new hearing. This matter will therefore be remanded under sentence four of 42 U.S.C. § 405(g) for further development of the record and a new hearing.

Accordingly, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner for further proceedings consistent with the mandate of the United States Court of Appeals for the Ninth Circuit. The Clerk of Court is directed to close this action.

Dated: May 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 roe.ss.remand