BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile: (415) 744-0134
    E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GLEN ALLEN ROE,<br><br>        Plaintiff,<br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:11-cv-02003-CKD<br><br>**DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

      Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or the Commissioner), by and through her respective counsel of record, hereby applies ex parte for a 14-day extension of time to respond to Glen Allen Roe's (Plaintiff) Application for Attorney Fees Under the Equal Access to Justice Act (the EAJA motion). The current deadline is July 27, 2015, and the new deadline would be August 10, 2015. This is the Commissioner's second request for an extension of time. The Commissioner previously obtained a 14-day extension of time. The Commissioner requests this extension of time because the attorney assigned to brief her response to Plaintiff's EAJA motion had a medical emergency necessitating unplanned medical leave, as set forth in the declaration of Sharon Lahey, below. As a result, the Commissioner requires additional time to adequately assess the issues Plaintiff raises in his

EAJA motion. The Commissioner apologizes to the Court and to Plaintiff for the inconvenience and timing of this request.

DATED: July 27, 2015      BENJAMIN WAGNER
                          United States Attorney

                          By: /s/ *Sharon Lahey*
                          Sharon Lahey
                          Special Assistant United States Attorney
                          Attorneys for Defendant

## ORDER

Based upon Defendant's Ex Parte Application for Extension of Time to Respond to Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act, and for good cause shown, **IT IS SO ORDERED** that Defendant shall have an extension of time to and including August 10, 2015 in which to respond to Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act.

Dated:  July 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

### DECLARATION OF SHARON LAHEY

I, Sharon Lahey, hereby declare and state as follows:

1. I am Assistant Regional Counsel for the United States Social Security Administration, Region IX, and Special Assistant United States Attorney assigned to the Eastern District of California. I am one of the attorneys responsible for the defense of this matter. I make this declaration based on my personal knowledge of the facts and circumstances set forth herein. If called to testify, I could and would do so competently.

2. Beginning in or around July 14, 2015, I began receiving emergency treatment for a previously unknown medical condition. As a result, I have been intermittently on medical leave for the past 2 weeks. On July 27, 2015, I anticipated filing the Commissioner's response to Plaintiff's EAJA motion. That day, I was on medical leave receiving treatment from approximately 3:00p.m. through approximately 6:40p.m. Despite my diligence and efforts, upon returning from leave, and without disclosing any privileged matters, I learned that I would not be able to file the Commissioner's response to Plaintiff's EAJA motion and would require more time.

3. On July 27, 2015, at approximately 6:45p.m., I called counsel for Plaintiff, John Johnson, Esq., at his telephone number of record. I received his voicemail. I left Mr. Johnson a message informing him that I would be filing this request for an additional 14 days to respond to Plaintiff's EAJA motion. As of the timing of filing, I have not received a response.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: July 27, 2015                    */s/ Sharon Lahey*
                                        SHARON LAHEY
                                        Assistant Regional Counsel