BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GLEN ALLEN ROE,<br><br>        Plaintiff,<br><br>  vs.<br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:11-cv-02003-CKD<br><br>ORDER |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation For Extension for Defendant to Respond to Plaintiff's Motion for Attorney Fees Under EAJA as the Order of this Court. The deadline for Defendant to file her response to Plaintiff's motion for EAJA fees is extended until August 24, 2015. IT IS SO ORDERED this 10th day of August, 2015.

Dated: August 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. and [Proposed] Order to Extend Briefing Schedule; 2:13-cv-00385-EFB

1